# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUTONG ZHANG,<br><br>   Plaintiff,<br><br>   v.<br><br>AMERICAN EXPRESS,<br><br>   Defendant | CASE NO.: 4:22-cv-07664-HSG<br>**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FROM MARCH 28, 2023 TO MAY 9, 2023 AND DEFENDANT'S TIME TO FILE A REPLY TO MAY 16, 2023** |

The Court having considered the *Stipulation to Extend Plaintiff's Time to File Opposition to Defendant's Motion to Dismiss from March 28, 2023 to May 9, 2023 and to Extend Time for Defendant to File a Reply to May 16, 2023,* and good cause appearing therefore:

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that:

1) Plaintiff has until May 9, 2022 to file its Opposition to Defendant's Motion;

2) Defendant has until May 16, 2022 to file its Reply to Plaintiff's Opposition;

**IT IS SO ORDERED.**

Dated: 3/23/2023

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE