1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

YUTONG ZHANG,

    Plaintiff,

      v.

AMERICAN EXPRESS,

    Defendant

_____

|   |
|---|
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |

CASE NO.: 4:22-cv-07664-HSG
**ORDER (as modified) GRANTING AMENDED FINAL STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS FROM JULY 13, 2023 TO AUGUST 3, 2023, TO EXTEND PLAINTIFF'S TIME TO FILE OPPOSITION TO MOTION TO DISMISS FROM JUNE 8, 2023 TO JUNE 29, 2023 AND DEFENDANT'S TIME TO FILE A REPLY TO JULY 6, 2023**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

      The Court having considered the *Amended Final Stipulation to Continue the Hearing Date on the Motion to Dismiss from July 13 to August 3, 2023, to Extend Plaintiff's Time to File Opposition to the Motion to Dismiss from June 8, 2023 to June 29, 2023 and to Extend Time for Defendant to File a Reply to July 6, 2023,* and good cause appearing therefore:

      **IT IS ORDERED** that the Stipulation is **APPROVED**.

      **IT IS FURTHER ORDERED** that:

1) The Hearing Date on the Motion to Dismiss is continued from July 13, 2023 to August 17, 2023;

2) Plaintiff has until June 29, 2023 to file its Opposition to Defendant's Motion;

3) Defendant has until July 6, 2023 to file its Reply to Plaintiff's Opposition.

1 | **IT IS SO ORDERED.**

2

3 | Dated:  6/6/2023

4 | HON. HAYWOOD S. GILLIAM, JR.

5 | UNITED STATES DISTRICT JUDGE

ORDER CONTIUNING HEARING DATE ON MOTION TO DISMISS AND EXTENDING
PLAINTIFF'S TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND DEFENDANT'S TIME TO
FILE A REPLY